916

No. 780. LOCAL LODGE No. 1424, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. v. NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Plato E. Papps, Louis P. Poulton* and *Bernard Dunau* for Local Lodge No. 1424, and *Frank L. Gallucci* for Bryan Manufacturing Co., petitioners. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Frederick U. Reel* for respondent. ▮

No. 884. THOMPSON v. CITY OF LOUISVILLE ET AL. Police Court of Louisville, Kentucky. Certiorari granted. *Louis Lusky, Harold Leventhal* and *Eugene Gressman* for petitioner. *Jo M. Ferguson,* Attorney General of Kentucky, *Wm. E. Allender,* Assistant Attorney General, *William E. Berry* and *Herman E. Frick* for respondents.

▮ (*See also No. 806, ante, p. 473.*)

No. 878. BERMAN v. WEST ET AL. C. A. 2d Cir. Certiorari denied. *I. Arnold Ross* for petitioner. *John A. Wilson* and *Hugh W. Darling* for respondents. ▮

No. 899. KEARNEY v. UNITED STATES. Court of Claims. Certiorari denied. *Rees B. Gillespie* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States. ▮

No. 900. McCORMICK & Co., INC., v. UNITED STATES. Court of Claims. Certiorari denied. *Sumner Ford* and *Paul L. Peyton* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *S. Dee Hanson* for the United States. ▮